| | |
|---|---|
| American Land Title Association | ALTA Settlement Statement - Seller |
| | Adopted 05-01-2015 |

**Noble Title**
**ALTA Universal ID 32519-0221CJ**
**6585 High Street, Suite 200**
**Las Vegas, NV 89113**

| | |
|---|---|
| **File No./Escrow No.:** | 32519-0221CJ |
| **Print Date & Time:** | March 17, 2021 at 01:36·PM |
| **Officer/Escrow Officer:** | CORINA JACQUES |
| **Settlement Location:** | NOBLE TITLE |
| | 6585 High Street |
| | Las Vegas, NV 89113 |
| **Property Address:** | 8835 Rancho Destino Road |
| | Las Vegas, NV 89123 |
| **Buyer:** | Dionisio Gonzalez |
| **Seller:** | Rancho Destino Inv LLC |
| **Lender:** | New American Funding |
| **Settlement Date:** | April 16, 2021 |
| **Disbursement Date:** | April 16, 2021 |
| **Recording Date:** | April 16, 2021 |

| Description | Seller Debit | Seller Credit |
|---|---|---|
| **Financial** | | |
| Sale Price of Property | | $ 575,000.00 |
| **Prorations/Adjustments** | | |
| County Taxes | | $ 498.29 |
|     04/16/21 to 07/01/21 | | |
| **Loan Charges to New American Funding** | | |
| **Other Loan Charges** | | |
| **Impounds** | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Owner's Title Insurance | $ 2,150.00 | |
|     to   Noble Title | | |
|     Coverage:   $ 575,000.00 | | |
|     Premium:        $ 2,150.00 | | |
| Title - Notary     to  Noble Title | $ 150.00 | |
| Title - eRecording     to  Noble Title | $ 10.00 | |
| Title - Escrow Fee     to  Noble Title | $ 861.16 | |
| **Commission** | | |
| Commission     to  Berkshire Hathaway Home Services | $ 17,250.00 | |
|     3% Confirmed | | |
| Commission     to  GK Properties | $ 17,250.00 | |
|     3% Confirmed | | |

| | |
|---|---|
| Copyright 2015 American Land Title Association | (32519-0221CJ.PFD/32519-0221CJ/7) |
| All rights reserved | Printed on 03/17/21 at 01:36·PM |

|  | Debit | Credit |
|---|---|---|

### Government Recording and Transfer Charges

| Recording Fees | to Noble Title | $ 84.00 | |
| Transfer Tax | to Noble Title | $ 2,932.50 | |

### Payoffs

### Miscellaneous

| BAC Fee - Seller Confirmed | to Berkshire Hathaway Home Services | $ 595.00 | |

Property Taxes 2020-2021 Paid to Clark County Treasurer in Full
  APN: 177-16-405-008
  POC $ 2,393.12
  Paid by Seller before closing

| **Subtotals** | | $ 41,282.66 | $ 575,498.29 |
| **Balance Due TO** | | $ 534,215.63 | |
| **TOTALS** | | $ 575,498.29 | $ 575,498.29 |

**Note: The lienholder, Security National Mortgage Company is not listed in this preliminary report as they have not yet responded to the payoff request. It is anticipated that to pay their lien in full, it will be up to $345,000.00 as a payoff amount.**

Copyright 2015 American Land Title Association
All rights reserved

(32519-0221CJ.PFD/32519-0221CJ/7)
Printed on 03/17/21 at 01:36·PM