I , MATHIEU SERRE, do hereby declare as follows:

I am the agent for RANCHO DESTINO INV LLC, bankruptcy case 21-10057-ABL, which was filed on 01/07/2021.

The only asset of RANCHO DESTINO INV LLC is the real property located at 8835 Rancho Destino Road, Las Vegas, NV 89123.

I have elected to sell the real property to pay off the lien.  There is 1 lien on the property, in the name of Security Nation Mortgage Company, which will be paid in full.  The remaining balance will be used to pay real estate fees, bankruptcy attorney fees, and any other debts in the name of RANCHO DESTINO INV LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date:___03/17/2021_____

Signature: *Mathieu Serre*
Signer ID: JKOC9BBSI4...
Mathieu Serre
for RANCHO DESTINO INV LLC