SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
8751 S. Charleston Blvd, #220
Las Vegas, Nevada 89117
Phone: (702) 715-0000
Fax: (702) 666-8215
help@bkvegas.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | CASE NO.: 21-10057-ABL<br>TRUSTEE: |
|---|---|
|  | CHAPTER: 11 |
| RANCHO DESTINO INV LLC | HEARING DATE: APRIL 21, 2021<br>HEARING TIME: 1:30 PM |
| Debtor(s) |  |

**ORDER GRANTING MOTION TO ALLOW DEBTOR TO SELL REAL PROPERTY LOCATED AT  8835 Rancho Destino Rd, Las Vegas, NV 89123**

    THIS MATTER having come before the Court for a hearing on April 21, 2021, attorney for Debtor(s) appearing on behalf of Debtors, proper notice having been given and no opposition being made to the Motion to Sell Real Property located **8835 Rancho Destino Rd, Las Vegas, NV 89123**.

**IT IS THEREFORE ORDERED THAT** Debtor is allowed to sell said real property.

**IT IS FURTHER ORDERED THAT** that the proceeds of sale shall be used to pay, in full, the existing encumbrances against the property and that reasonable and customary expenses of sale will be paid.  The Debtors will receive and retain *approximately* $188,717.34 in net proceed, which will be used to pay the remaining debts of Debtor in full.

Submitted by:

/s/ Seth D. Ballstaedt
SETH D. BALLSTAEDT, ESQ.
*Attorney for Debtor(s)*

ALTERNATIVE METHOD re: RULE 9021:
In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
| --- | --- | --- | --- |

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

BALLSTAEDT LAW FIRM
8751 W. Charleston Blvd, #220
Las Vegas, NV 89117