# United States Bankruptcy Court
### District of Nevada

In re  **RANCHO DESTINO INV LLC**                                                                 Case No.  **21-10057**
                                           Debtor(s)                                              Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on  , a copy of **Motion to Sell Real Property, Notice, Proposed Order, Settlement Statement, Offer, Declaration to sell property and Application to Employ Real Estate Agent for Debtor, Notice, Proposed Order, Declaration of Agent**  was served electronically or by regular United States FIRST CLASS mail to all interested parties, the Trustee and all creditors listed below.

| | | | | |
|---|---|---|---|---|
| RANCHO DESTINO INV LLC | 8850 WEST SUNSET RD, SUITE 200 | LAS VEGAS | NV | 89148-4897 |
| United States Bankruptcy Court | 300 Las Vegas Blvd., South | Las Vegas | NV | 89101-5833 |
| Dept. of Employment, Training & Rehab | 500 East Third Street | Carson City | NV | 89713-0002 |
| Internal Revenue Service | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Nevada Dept. of Taxations, Bankruptcy | 555 E Washington Ave, #1300 | Las Vegas | NV | 89101-1046 |
| REPUBLIC SERVICES | 770 E SAHARA AVE | LAS VEGAS | NV | 89104-2943 |
| Security National Life Insurance Company | PO Box 57220 | Salt Lake City | UT | 84157-0220 |
| SecurityNational Mortgage Company | 5300 South 360 West | Salt Lake City | UT | 84123-4600 |
| SecurityNational Mortgage Company | 15 West South temple, Suite 600 | Salt Lake City | UT | 84101-1536 |
| U.S. TRUSTEE - LV - 11 | 300 LAS VEGAS BOULEVARD S. STE 4300 | LAS VEGAS | NV | 89101-5803 |
| United States Trustee | 300 Las Vegas Blvd. South #4300 | Las Vegas | NV | 89101-5803 |

 I declare under Penalty of Perjury that the foregoing is true and correct.

Tamlyn Tokuda, Receptionist
Ballstaedt Law Firm dba Ball Bankruptcy
8751 W. Charleston Blvd. #220
Las Vegas, NV 89117
(702) 715-0000Fax:(702) 666-8215
help@bkvegas.com