_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 26, 2021

_____

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9555 S. Eastern Ave, Ste 210
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@ballstaedtlaw.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | CASE NO.: 21-10057-ABL |
| RANCHO DESTINO INV LLC | CHAPTER: 11 |
| | HEARING DATE: MARCH 17, 2021 |
| | HEARING TIME: 1:30 PM |
| Debtor(s) | |

**ORDER GRANTING APPLICATION TO EMPLOY LAW FIRM
AS ATTORNEY FOR DEBTOR(S) IN POSSESSION**

    Upon the Application of Debtor(s) in Possession, by and through attorney Seth D. Ballstaedt, Esq. requesting employment of The Ballstaedt Law Firm dba Ball Bankruptcy, including Seth D. Ballstaedt, Esq. as counsel to represent Debtor(s) in Possession in the above-captioned matter from the date of the petition going forward; with no oppositions filed and no other parties appearing at the hearing, the Court finds the following:

IT IS HEREBY ORDERED that The Ballstaedt Law Firm dba Ball Bankruptcy, with attorney Seth D. Ballstaedt, Esq., is hereby appointed as attorney of record to represent the Debtor in Possession in the above-captioned matter from the date of the petition forward.

IT IS ALSO ORDERED that this Order is not pre-approving Terms and Conditions of compensation under 11 U.S.C. §328 as counsel for Debtor will seek approval for compensation under §330.

IT IS SO ORDERED.

Submitted by:

/s/ Seth D. Ballstaedt
SETH D. BALLSTAEDT, ESQ.
*Attorney for Debtor(s)*

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|

_X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###